UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BREWSTER, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-1967 |
| AVA RISK GROUP LIMITED; dba FUTURE FIBRE TECHNOLOGIES, US INC., | § § § § | |
| Defendants. | § § | |

## AMENDED ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on November 16, 2021 (Doc. #67) and Plaintiff's Objections (Doc. #71).[1] The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order. As such, Defendant's Motion to Dismiss (Doc. #58) is hereby GRANTED and this case is DISMISSED.

It is so ORDERED.

JAN 0 7 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

---

[1] Plaintiff's objections were filed in compliance with the Court's December 22, 2021 Order, which granted Plaintiff a 14-day extension to file objections to the Report and Recommendation in light of Plaintiff's November 21, 2021 Letter. *See* Doc. #70.